H. Dean Steward SBN 85317
Gary Pohlson SBN  67158
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753

Attorneys for Defendant
William K. Donahoe

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No.   ED-CR-07-00172-SGL |
| Plaintiff, | [~~Propos~~ed] ORDER RE SEALING |
| vs. | |
| William K. Donahoe<br>Defendant. | |

A sufficient showing having been made, IT IS ORDERED that defendant's Motion to Suppress Evidence; Declarations; Exhibits shall be sealed by the clerk of the court, and remain sealed, subject to any further order of this Court.

So ordered.

Dated: 2/20, 2008           _____
                            Hon. Stephen G. Larson
                            United States District Judge

- 1 -

1  PROOF OF SERVICE

2

3  I, H. Dean Steward, declare:

4

5  I am employed in the County of Orange, State of California.

6  My business address is 107 Avenida Miramar, Ste. C, San Clemente,

7  CA 92672. I am over the age of 18 and not a party to the

8  instant action. I am a member of the bar of this court. On

9  Feb. 15, 2008, I served:

10 **Motion to Seal and Proposed Order**

11       _X_by placing it in a sealed, postage paid envelope and mailing

12       ___by Fax

13       ___by Express Mail or Fed Ex

14       addressed as follows:

15 AUSA Dorothy McLaughlin
   U.S. Attorneys Office
16 3880 Lemon St., Ste. 210
   Riverside, CA 92501

17

18

19

20
   This declaration was executed on Feb. 15, 2008 at San Clemente,
21
   California.
22
   I declare under penalty of perjury that the foregoing is true
23
   and correct.
24
   
25 _____
   H. Dean Steward
26 Attorney at Law

27

28