```
THOMAS P. O'BRIEN                                    PRIORITY SEND
United States Attorney                               cc: USM; PSA
SHERI PYM
Assistant United States Attorney
Chief, Riverside Branch Office
DOROTHY R. MCLAUGHLIN (Cal. State Bar No. 229453)
Assistant United States Attorney
     3880 Lemon Street, Suite 210                         O
     Riverside, California 92501
     Telephone:  (951) 276-6222
     Facsimile:  (951) 276-6202
     E-mail: dorothy.mclaughlin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. ED CR 07-00172-SGL |
| ) Plaintiff, ) | ORDER CONTINUING TRIAL DATE AND FINDING EXCLUDABLE TIME UNDER SPEEDY TRIAL ACT |
| v. ) | |
| WILLIAM KREAG DONAHOE, ) | |
| Defendant. ) | |

In the parties' Stipulation Regarding Continuance of Trial Date and Excludable Time Under Speedy Trial Act, the parties set forth their reasons for requesting a continuance of the trial date to August 12, 2008, and the Court hereby accepts and adopts as its findings those facts, grounds, and stipulated findings set forth in the parties' Stipulation. In particular, the Court hereby finds that, in light of defense counsel's desire for additional time to review discovery and to prepare this case for trial, the failure to grant the requested continuance in this case would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence, and accordingly the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. Based on these findings,

IT IS HEREBY ORDERED:

1.   The pretrial conference scheduled for May 19, 2008 at 2:00 p.m. is taken off calendar.  A pretrial conference shall be held on August 4, 2008 at 2:00 p.m.;

2.   Trial is continued to August 12, 2008, at 9:30 a.m.

3.   The time period of August 5, 2008 to August 12, 2008 is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv); accordingly, under the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., trial must commence on or before August 12, 2008; and

4.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

IT IS SO FOUND AND ORDERED this 23rd day of May, 2008.

*[signature]*

HONORABLE STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE